UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOTERO M. LOPEZ, III,

        Plaintiff,

v.

        Case No. 25-12674
        U.S. DISTRICT COURT JUDGE
        GERSHWIN A. DRAIN

BANK OF AMERICA, N.A., *et al.*,

        Defendants.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [#16], REMANDING CASE TO WAYNE COUNTY CIRCUIT COURT FOR LACK OF SUBJECT MATTER JURISDICTION, DENYING AS MOOT PLAINTIFF'S MOTION TO COMPEL [#5], AND DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT [#17]

        This matter is before the Court on Magistrate Judge Elizabeth A. Stafford's Report and Recommendation dated October 21, 2025, recommending that the Court remand this case back to Wayne County Circuit Court for lack of subject matter jurisdiction. Magistrate Judge Stafford found that this Court lacks subject matter jurisdiction over this case because Plaintiff's federal claims are frivolous and Defendants have failed to sustain their burden of showing that diversity jurisdiction exists.

Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1). Upon review of the parties' briefing and the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate Judge reached the correct conclusion. Therefore, the Court ACCEPTS AND ADOPTS Magistrate Judge Stafford's October 21, 2025 Report and Recommendation [#16].

In an attempt to establish subject matter jurisdiction, Plaintiff has filed a motion for leave to file an amended complaint. However, a review of Plaintiff's proposed amended complaint reveals no discernable legal basis for his federal claims, and thus his proposed amendments would be futile. Accordingly, Plaintiff's Motion for Leave to File an Amended Complaint is DENIED.

Based on the foregoing, IT IS HEREBY ORDERED that this matter is REMANDED back to Wayne County Circuit Court for lack of subject matter jurisdiction. IT IS FURTHER ORDERED that Plaintiff's Motion to Compel [#5] is DENIED AS MOOT, and Plaintiff's Motion for Leave to File Amended Complaint [#17] is DENIED.

SO ORDERED.

Dated: November 26, 2025          /s/Gershwin A. Drain
                                  GERSHWIN A. DRAIN
                                  United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
November 26, 2025, by electronic and/or ordinary mail.
/s/ Marlena Williams
Case Manager